# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elijah Pedro Ochoa,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:23-cv-00030-ADA-GSA<br><br>ORDER OF REMAND AND TO ENTRY OF JUDGMENT PURSUANT TO STIPULATION |

Based on the parties' Stipulation (Doc. 17), it is **ORDERED** that this action is remanded to the Commissioner of Social Security pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the terms of the Stipulation (Doc. 17).

The Clerk of Court is directed to enter judgment in favor of Plaintiff Elijah Pedro Ochoa and against Defendant Kilolo Kijakazi, acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __August 1, 2023__          __/s/ Gary S. Austin__
                                                                 UNITED STATES MAGISTRATE JUDGE