# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Elijah Pedro Ochoa,                )   Case No. 1:23-cv-00030-ADA-GSA
                                   )
            Plaintiff,             )   ORDER AWARDING PAYMENT
                                   )   OF EAJA FEES TO PLAINTIFF
        vs.                        )
                                   )
Kilolo Kijakazi, Acting            )
Commissioner of Social Security,   )
                                   )
            Defendant.             )
                                   )
                                   )
                                   )

Pursuant to stipulation (Doc. 20) it is **ORDERED** that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND DOLLARS AND ZERO CENTS ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the stipulation (Doc. 20).

IT IS SO ORDERED.

Dated:   **November 6, 2023**              **_/s/ Gary S. Austin_**
                                   UNITED STATES MAGISTRATE JUDGE

1